UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIO ROBERTO SALCEDO-PALMA,

-vs-                    Case No.  8:02-cr-64-T-24EAJ
                                  8:05-cv-921-T-24EAJ

UNITED STATES OF AMERICA.

---

**ORDER**

The Court denied Defendant Mario Roberto Salcedo-Palma's motion to vacate, set aside, or correct an allegedly illegal sentence. (Doc. cv-1; cr-315). Defendant has filed a Notice of Appeal and an application for certificate of appealability.

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1] Defendant has failed to meet this standard. Therefore, Defendant has failed to satisfy the Slack test. See also, Franklin v. Hightower, 215 F.3d 1196 (11th Cir. 2000).

Accordingly, the Court orders:

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard. See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

That Defendant's application for certificate of appealability (Doc. No. 9) is denied.

ORDERED at Tampa, Florida, on July 1, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

AUSA: David Paul Rhodes

Mario Roberto Salcedo-Palma